UNITED STATES DISTRICT COURT

DISTRICT OF OREGON


MARK JAMES WILSON,                              Case No. 6:11-cv-6105-TC

       Plaintiff,                                        ORDER

       v.

CANDACE E. WHEELER, et al.,

       Defendants.

_____

Aiken, Chief Judge:

    Magistrate Judge Coffin issued his Findings and Recommendation in the above-captioned case on May 2, 2012. Magistrate Judge Coffin recommends that defendants' motion to dismiss be granted and the case dismissed with prejudice. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

    When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's

-1-   ORDER

report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v.
Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir.
1981). Plaintiff timely filed objections to the Findings and
Recommendation. Upon de novo review, I find no error in Magistrate
Judge Coffin's findings and analysis.

Plaintiff brought suit under 42 U.S.C. § 1983, alleging that
numerous state employees violated his rights under the First,
Fourth, Sixth, and Fourteenth Amendments and Ex Post Facto Clause
of the Constitution during proceedings before the Board of Parole
and Post-Prison Supervision (the Board). Plaintiff's allegations
arise from the Board's decision to deny plaintiff eligibility for
parole, and the Board's consideration of his refusal to cooperate
with prosecutors in the retrial of his codefendant.

As explained by Magistrate Judge Coffin, I agree that
defendants are immune from suit, either pursuant to Eleventh
Amendment immunity, absolute immunity, or qualified immunity.
Pearson v. Callahan, 555 U.S. 223, 231 (2009); Buckley v.
Fitzsimmons, 509 U.S. 259, 273 (1993); Will v. Mich. Dep't of State
Police, 491 U.S. 58, 66, 71 (1989); Pennhurst State Sch. & Hosp. v.
Halderman, 465 U.S. 89, 97-100 (1984); Lacey v. Maricopa Cnty., 649
F.3d 1118, 1127 (9th Cir. 2011); Brown v. Calf. Dep't of
Corrections, 554 F.3d 747, 750-51 (9th Cir. 2009); Olson v. Idaho
State Bd. of Medicine, 363 F.3d 916, 922 (9th Cir. 2004); Bly-Magee
v. Calif., 236 F.3d 1014, 1018 (9th Cir. 2001).

-2-   ORDER

THEREFORE, IT IS HEREBY ORDERED that Magistrate Judge Coffin's Findings and Recommendation (doc. 92) filed May 2, 2012 is ADOPTED, defendants' Motion to Dismiss (doc. 59) is GRANTED, and this action is DISMISSED. The Clerk is directed to enter judgment accordingly. IT IS SO ORDERED.

Dated this ____17th____ day of November, 2012.

_____
Ann Aiken
United States District Judge

-3-   ORDER